# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1465.  CHAN HUNT et al. v. DOROTHY HUNT CALLAHAN.**

Chan Hunt, Kim Hale, and Amie Heisick Burrill, as assignees of claim from the Estate of Carolyn H. Clements, deceased (collectively, the "Plaintiffs"), filed this direct appeal from the superior court's order granting a motion filed by Dorothy Hunt Callahan for discovery sanctions, including attorney fees, pursuant to OCGA § 9-11-37, and dismissing the Plaintiffs' complaint. The superior court's order reserved the issue of attorney fees. We lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995); see also OCGA § 5-6-34 (a) (1). Here, in the order granting Callahan's motion for discovery sanctions, the superior court specifically reserved ruling on the request for attorney fees, which leaves the case pending below. See *CitiFinancial Svcs., Inc. v. Holland*, 310 Ga. App. 480, 481 (713 SE2d 678) (2011). The Plaintiffs therefore was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the superior court's order.  See OCGA § 5-6-34 (b); *Miller v. Miller*, 282 Ga. 164, 164-165 (646 SE2d 469) (2007); *CitiFinancial Svcs., Inc.*, 310 Ga. App. at 481.

The Plaintiffs' failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   *03/06/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*